MORTIMER B. FOSTER, Respondent, *v.* N. W. HALSEY & COMPANY, Appellant.

*Conversion — pledge — deposit of certificate of stock as security for loan — failure to return stock on payment of loan.*

Foster v. Halsey & Co., 195 App. Div. 887, affirmed.

(Argued April 19, 1922; decided May 9, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 26, 1921, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The complaint alleged that on October 1, 1914, the plaintiff delivered to the defendant a certificate for 100 shares of Singer Manufacturing Company stock to be held by the defendant as additional security for a loan from the defendant to the plaintiff; that the plaintiff paid the said loan on or about August 12, 1916, but that the defendant failed to return to him the said 100 shares and has since refused to return the same to the plaintiff although the return thereof has been duly demanded. The answer consisted of a general denial.

*Chauncey B. Garver* and *Carl A. Mead* for appellant.

*Duncan Edwards* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not voting: McLAUGHLIN, J.